# Third District Court of Appeal

## State of Florida

Opinion filed September 1, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1214
Lower Tribunal No. F99-2879
_____

**Mel O. Firsher,**
Petitioner,

vs.

**Ashley Moody, etc.,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Mel O. Firsher, in proper person.

Ashley Moody, Attorney General, and Joanne Diez, Assistant Attorney General, for respondent.

Before EMAS, LOGUE and BOKOR, JJ.

PER CURIAM.

Petitioner has raised the same issue multiple times before the appellate court and the trial court. This type of successive, repetitive pleading is improper. Accordingly, the petition is denied. See Baker v. State, 878 So. 2d 1236, 1245 (Fla. 2004) ("The remedy of habeas corpus is not available in Florida to obtain the kind of collateral postconviction relief available by motion in the sentencing court pursuant to rule 3.850.") (citation omitted); Mills v. Dugger, 574 So. 2d 63, 65 (Fla. 1990) ("[H]abeas corpus is not to be used 'for obtaining additional appeals of issues which were raised, or should have been raised, on direct appeal . . . or which could have, should have, or have been raised in' prior postconviction filings.") (citation omitted); Firsher v. State, No. 3D21-787, 2021 WL 1688893 (Fla. 3d DCA Mar. 25, 2021) (denying petition for belated appeal on the same substantive issue as the instant petition); Firsher v. Moody, No. 3D20-374, 2020 WL 1686837 (Fla. 3d DCA Feb. 28, 2020) (ordering sua sponte transfer of habeas petition on same issue to trial court); Firsher v. State, No. 3D19-1860, 2019 WL 6048378 (Fla. 3d DCA Sept. 26, 2019) (denying petition for belated appeal on same substantive issue).